# FW: Lead Optimization

From: Maloney, Matthew (matt.maloney@allstate.com)

To: csaving78@att.net

Date: Wednesday, November 20, 2019, 03:17 AM CST

-----Original Appointment-----
**From:** Maloney, Matthew
**Sent:** Wednesday, February 6, 2019 12:06 PM
**To:** Maloney, Matthew; SAVING, BRIAN; dcafeo@richardsonmarketinggroup.net; info@richardsonmarketinggroup.net; rcharles@avengedigital.com; NAL 61: New Agents
**Cc:** AMLANI, RAHIM; BAGHDADI, KHALID; QUINONES MANCHESTER, BEATRIZ; CERDA, HECTOR; VELASCO, MARCUS; SUNDARA, RAGHU; Santana, Raymundo; HERNANDEZ, JOSE; KANG, TONY; SCHUTT, DAVID; IMRAN, SUNDAS; WADZ, MATTHEW; SUH, KEVIN; SAVING, BRIAN; Cameron, Jerhaun; ZAREMBA, NADIA; CARTER, CHAD; GREENHILL, ALEXIS; DUMAS, MARIE; TWEEDLE, CHARLES; ELMOSA, ALIA; VASQUEZ, DIANETH
**Subject:** Fwd: Lead Optimization
**When:** Thursday, February 7, 2019 2:00 PM-3:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Skype Meeting

**From:** Maloney, Matthew <Matt.Maloney@allstate.com>
**Date:** February 7, 2019 at 2:00:00 PM CST
**To:** dcafeo@richardsonmarketinggroup.net <dcafeo@richardsonmarketinggroup.net>, info@richardsonmarketinggroup.net <info@richardsonmarketinggroup.net>, rcharles@avengedigital.com <rcharles@avengedigital.com>
**Cc:** AMLANI, RAHIM <RAHIMAMLANI@allstate.com>, BAGHDADI, KHALID <KBAGHDADI@ALLSTATE.COM>, QUINONES MANCHESTER, BEATRIZ <BEATRIZQUINONESMANCHESTER@allstate.com>, CERDA, HECTOR <HECTORCERDA2@ALLSTATE.COM>, VELASCO, MARCUS <MARCUSVELASCO@ALLSTATE.COM>, SUNDARA, RAGHU <raghusundara@allstate.com>, Santana, Raymundo <RAYMUNDO.SANTANAJR@allstate.com>, HERNANDEZ, JOSE <JHERNANDEZ215@allstate.com>, KANG, TONY <tonykang@allstate.com>, SCHUTT, DAVID <DAVIDSCHUTT1@ALLSTATE.COM>, IMRAN, SUNDAS <SUNDASIMRAN@ALLSTATE.COM>, WADZ, MATTHEW <MATT.WADZ@allstate.com>, SUH, KEVIN <kevinsuh@allstate.com>, SAVING, BRIAN <BRIANSAVING1@ALLSTATE.COM>, Cameron, Jerhaun <Jerhaun.Cameron@allstate.com>, ZAREMBA, NADIA <nzaremba1@allstate.com>, CARTER, CHAD <chadcarter@allstate.com>, GREENHILL, ALEXIS <alexisgreenhill@allstate.com>, DUMAS, MARIE <mariedumas@allstate.com>, TWEEDLE, CHARLES <ctweedle1@allstate.com>, ELMOSA, ALIA <aliaelmosa@allstate.com>, VASQUEZ, DIANETH <DVASQUEZ@ALLSTATE.COM>
**Subject:** Lead Optimization

More info coming soon.

..................................................................................................

→ **Join Skype Meeting**

Trouble Joining? [Try Skype Web App](#)

# Join by phone

1-815-888-8008, access code: 56263849 (US)    English (United States)

[Find a local number](#)

Conference ID: 56263849 (same as access code above)

[Forgot your dial-in PIN?](#)|[Help](#)

SKYPE CONFERENCE PARTICIPANTS

-- Click "Join Skype Meeting."

-- Select "Use Skype for Business (full audio and video experience)" if you have that option enabled.

-- Otherwise, for meetings organized in the United States select "Call Me At:" to have the Skype meeting call your phone (desk, cell, or conference room).

AUDIO-ONLY PARTICIPANTS - ONLY USE WHEN NO COMPUTER IS AVAILABLE

-- You can connect to the meeting audio using the phone number and conference ID above.

-- Use the "Find a local number" link for additional phone numbers.

To view our Skype for Business FAQs and job aids for helpful hints, please visit our Skype for Business site at [http://skype](#).

..................................................................................................................

**31**  Untitled
7.3kB