## SAVING, CYNTHIA

| | |
|---|---|
| **From:** | SAVING, BRIAN |
| **Sent:** | Monday, December 23, 2019 10:08 PM |
| **To:** | SAVING, CYNTHIA |
| **Cc:** | Brian Saving |
| **Subject:** | Fw: Talked to RMG, they will honor the same pricing for a group they did last time. |

**From:** Maloney, Matthew <Matt.Maloney@allstate.com>
**Sent:** Monday, July 15, 2019 8:57 PM
**To:** SAVING, BRIAN <BRIANSAVING@ALLSTATE.COM>
**Cc:** SAVING, CYNTHIA <CSAVING@ALLSTATE.COM>
**Subject:** Re: Talked to RMG, they will honor the same pricing for a group they did last time.

How many they need and what's the price?

Get Outlook for iOS

**From:** SAVING, BRIAN <BRIANSAVING@ALLSTATE.COM>
**Sent:** Monday, July 15, 2019 8:29:54 PM
**To:** Maloney, Matthew <Matt.Maloney@allstate.com>
**Cc:** SAVING, CYNTHIA <CSAVING@ALLSTATE.COM>
**Subject:** Talked to RMG, they will honor the same pricing for a group they did last time.