## SAVING, CYNTHIA

| | |
|---|---|
| **From:** | SAVING, BRIAN |
| **Sent:** | Friday, March 1, 2019 4:05 PM |
| **To:** | SAVING, CYNTHIA |
| **Subject:** | FW: [External] Re: These are all of the live transfers that you received, minus today. |

**From:** David Cafeo RMG [dcafeo@richardsonmarketinggroup.net]
**Sent:** Friday, March 01, 2019 2:28 PM
**To:** SAVING, BRIAN
**Subject:** [External] Re: These are all of the live transfers that you received, minus today.

The first 3 are Tuesday. The next set of 2 are Wednesday. The last set of 5 are from yesterday.



Sender notified by
Mailtrack

On Fri, Mar 1, 2019 at 3:09 PM SAVING, BRIAN <BRIANSAVING1@allstate.com> wrote:
Dave, when did these calls occur?

**From:** David Cafeo RMG [dcafeo@richardsonmarketinggroup.net]
**Sent:** Friday, March 01, 2019 1:36 PM
**To:** SAVING, BRIAN
**Subject:** [External] These are all of the live transfers that you received, minus today.

Below are the live transfers that you have received from us up to today. I will get todays tonight or Monday morning.
Dave

**R.M.G.**
to me

| | | | | |
|---|---|---|---|---|
| L▓ | J▓ | 618▓ | 62930 | IL |
| R▓ | G▓ | 815▓ | 60152 | IL |
| R▓ | S▓ | 847▓ | 60156 | IL |
| | | | | |
| S▓ | B▓ | 630▓ | 60552 | IL |
| ▓ | D▓ | 630▓ | 60543 | IL |
| | | | | |
| K▓ | M▓ | 217▓ | 62656 | IL |
| D▓ | G▓ | 708▓ | 60628 | IL |
| A▓ | S▓ | 224▓ | 60004 | IL |

1

| | | | | |
|---|---|---|---|---|
| V▮ | M▮ | 708▮ | 60453 | IL |
| C▮ | W▮ | 61▮ | 62206 | IL |

https://calendly.com/uncledaveyc/15min  To Schedule a 15 minute phone meeting



*David Cafeo*
**Vice President of Marketing and Business Development**
**Richardson Marketing Group**
614-358-6188  Direct Office
dcafeo@richardsonmarketinggroup.net  Email
http://www.richardsonmarketinggroup.net/  Website



Sender notified by
Mailtrack

--

https://calendly.com/uncledaveyc/15min  To Schedule a 15 minute phone meeting



*David Cafeo*
**Vice President of Marketing and Business Development**
**Richardson Marketing Group**
614-358-6188  Direct Office
dcafeo@richardsonmarketinggroup.net  Email
http://www.richardsonmarketinggroup.net/  Website