# SAVING, CYNTHIA

| | |
|---|---|
| **From:** | R.M.G. <info@richardsonmarketinggroup.net> |
| **Sent:** | Tuesday, May 28, 2019 12:43 PM |
| **To:** | SAVING, CYNTHIA; SAVING, BRIAN; bsaving1@allstate.com; David Cafeo |
| **Subject:** | [External] Update |
| **Attachments:** | Saving Transfer Update 5.28.xlsx |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Here you go…


Kind Regards,

**Deryck Richardson**
**President/CEO**
*Richardson Marketing Group*
800.460.0464
www.richardsonmarketinggroup.net

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | C████ | A███ | 847████ | 60099 IL | | 05/09/2019 |
| 2 | ███ | ███ | ███ | ███ | | ███ |
| 3 | █████ | █████ | ████ | ███ | | ███ |
| 4 | ███ | ████ | ████ | ███ | | ███ |
| 5 | ████ | ███ | ████ | ███ | | ███ |
| 6 | ███ | ███ | ████ | ███ | | ███ |
| 7 | ███ | ███ | ████ | ███ | | ███ |
| 8 | ███ | ██ | ████ | ███ | | ███ |
| 9 | ███ | ███ | ████ | ███ | | ███ |
| 10 | ███ | ████ | ████ | ███ | | ███ |
| 11 | ███ | ███ | ████ | ███ | | ███ |
| 12 | ██ | ███ | ████ | ███ | | ███ |
| 13 | ██ | ██ | ████ | ███ | | ███ |
| 14 | ██ | ██ | ████ | ███ | | ███ |
| 15 | ███ | ██ | ████ | ███ | | ███ |
| 16 | ██ | ██ | ████ | ███ | | ███ |
| 17 | ██ | ██ | ████ | ███ | | ███ |
| 18 | ██ | ███ | ████ | ███ | | ███ |
| 19 | ██ | ██ | ████ | ███ | | ███ |
| 20 | ███ | ██ | ████ | ███ | | ███ |
| 21 | ██ | ███ | ████ | ███ | | ███ |
| 22 | ██ | ████ | ████ | ███ | | ███ |
| 23 | ██ | ███ | ████ | ███ | | ███ |
| 24 | ███ | ███ | ████ | ███ | | ███ |
| 25 | ███ | ██ | ████ | ███ | | ███ |
| 26 | ██ | ██ | ████ | ███ | | ███ |
| 27 | | | | | | |
| 28 | ████ | ████ | ████ | ███ | | ███ |
| 29 | █████ | █████ | ████ | ███ | | ███ |
| 30 | █████ | █████ | ████ | ███ | | ███ |
| 31 | ████ | █████ | ████ | ███ | | ███ |
| 32 | █████ | █████ | ████ | ███ | | ███ |
| 33 | █████ | █████ | ████ | ███ | | ███ |
| 34 | █████ | █████ | ████ | ███ | | ███ |
| 35 | ████ | █████ | ████ | ███ | | ███ |
| 36 | █████ | █████ | ████ | ███ | | ███ |
| 37 | █████ | █████ | ████ | ███ | | ███ |
| 38 | █████ | █████ | ████ | ███ | | ███ |
| 39 | █████ | █████ | ████ | ███ | | ███ |
| 40 | ████ | █████ | ████ | ███ | | ███ |
| 41 | █████ | █████ | ████ | ███ | | ███ |
| 42 | ████ | ████ | ████ | ███ | | ███ |

