# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS GEBKA, Individually and on behalf of all others similarly situated, ) ) ) | |
| ) | Case No. 1:19-cv-06662 |
| Plaintiff, ) | |
| v. ) | Hon. Sharon J. Coleman |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) a Delaware limited liability company, ) ) | Mag. Jeffrey I. Cummings |
| Defendant. ) | |

## JOINT MOTION TO STAY PARTY DISCOVERY PENDING MEDIATION

Plaintiff Thomas Gebka ("Plaintiff") and Defendant Allstate Insurance Company ("Allstate") (collectively, the "Parties"), by and through their undersigned counsel of record, and pursuant to Rule 29(b) of the Federal Rules of Civil Procedure respectfully and jointly request that the Court stay party discovery to allow the Parties to conduct a mediation on February 10, 2022. The Parties do not seek to stay non-party discovery, as some additional third-party information must still be obtained prior to the mediation.

On November 2, 2021, the Court issued an order setting forth certain deadlines relating to discovery. Dkt. 123. Specifically, the Court ordered Allstate to respond to Plaintiff's remaining discovery requests and serve its own additional discovery requests by December 6, 2021. *Id.* In addition, the Court directed the Parties to submit a joint status report on January 14, 2022, to advise the Court on any remaining discovery or discovery disputes that would require the Court's attention. *Id.*

Since that time, the Parties have agreed to hold a mediation with a JAMS mediator on February 10, 2022, the first available date for the parties and the selected mediator. In light of the

upcoming mediation, and in order to conserve the resources of the Parties and the Court, the Parties seek relief from the Court's Order of November 2, 2021, requiring the Parties to engage in additional discovery. The Parties further request that the Court allow the Parties to submit a status report following the mediation of February 10, 2022. Rule 29(b) requires that any agreement between the Parties that would interfere with a court ordered discovery deadline must be approved by the Court.

WHEREFORE, for the reasons stated herein, the Parties request that party discovery deadlines in the Court's Order of November 2, 2021, be stayed, pending the outcome of the February 10, 2022 mediation.

Dated: December 2, 2021

Respectfully submitted,

/s/Lewis S. Wiener
Lewis S. Wiener
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, N.W., Suite 700
Washington, DC 20001
Telephone: 202-383-0140
Facsimile: 202-637-3593
lewiswiener@eversheds-sutherland.com

Timothy McCaffrey (#6229804)
EVERSHEDS SUTHERLAND (US) LLP
900 North Michigan Avenue, Suite 1000
Chicago, IL 60611
Telephone: 312-535-4445
Facsimile: 312-724-9322
Email: timmccaffrey@eversheds-sutherland.com

Francis X. Nolan
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas, 40th Floor
New York, NY 10036-7703
Telephone: (212) 389-5083
Facsimile: (212) 389-5099

46924107.1

Email: franknolan@eversheds-sutherland.com

*/s/Theodore H. Kuyper*
Theodore H. Kuyper
Keith J. Keogh
KEOGH LAW, LTD.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
(312) 726-1093 (fax)
keith@keoghlaw.com
tkuyper@keoghlaw.com

*Attorneys for Plaintiff*

46924107.1