IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS GEBKA, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-06662 |
| v. | ) ) | Hon. Sharon J. Coleman |
| ALLSTATE INSURANCE COMPANY, a Delaware limited liability company, | ) ) ) ) | Mag. Jeffrey I. Cummings |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
*INSTANTER* MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND SUPPORTING MEMORANDUM IN EXCESS OF 15 PAGES**

Plaintiff Thomas Gebka ("Plaintiff"), pursuant to Local Rule 7.1 and this Court's standing order, respectfully requests that the Court grant him leave to file *instanter* his twenty-four page Motion for Final Approval of Class Action Settlement and Supporting Memorandum (ECF No. 139). In support of this Motion, Plaintiff states as follows:

1. This is a class action alleging that Defendant Allstate Insurance Company ("Allstate") violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(c), and the TCPA implementing regulations, 47 C.F.R. § 64.1200(c)(2), in connection with telemarketing calls that were placed without prior express written invitation or permission, to persons whose telephone numbers were registered on the national Do-Not-Call Registry.

2. The Parties reached a class settlement that this Court preliminarily approved on April 25, 2022. *See* ECF No. 137 (preliminary approval Order).

3. Plaintiff has now filed his Motion for Final Approval and Supporting Memorandum. *See* ECF No. 139 (hereinafter, the "Final Approval Motion").

4. In the Final Approval Motion, it was necessary to address the background of the litigation and the details of the proposed settlement and explain the reasons why the settlement warrants final approval.

5. Given the numerous issues to be addressed, Plaintiff requires an additional nine pages (for a total of 24 pages) to establish that the settlement warrants final approval.

6. The undersigned has conferred with counsel for Allstate, who does not oppose the relief sought by this Motion.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting him leave to file *instanter* his twenty-four page Motion for Final Approval of Class Action Settlement and Supporting Memorandum (ECF No. 139) and awarding any further relief the Court deems necessary and proper.

Dated: September 7, 2022

Respectfully Submitted,

THOMAS GEBKA, individually and on behalf of all others similarly situated, Plaintiffs

By: /s/ Theodore H. Kuyper

Keith J. Keogh
Theodore H. Kuyper
KEOGH LAW, LTD.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
(312) 726-1093 (fax)
keith@keoghlaw.com
tkuyper@keoghlaw.com

***Attorneys for Plaintiff and the Settlement Class***

134016

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 7, 2022, I caused a copy of the foregoing ***Plaintiff's Unopposed Motion for Leave to File Instanter Motion for Final Approval of Class Action Settlement and Supporting Memorandum in Excess of 15 pages*** to be served upon all counsel of record via electronic filing using the CM/ECF system.

                                                                                      /s/ Theodore H. Kuyper

134016