# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Thomas Gebka

                          Plaintiff,

v.                                               Case No.: 1:19−cv−06662
                                              Honorable Sharon Johnson Coleman

Allstate Insurance Company, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 23, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Final Approval Hearing held on 9/23/2022. Plaintiff's motion for final approval of class action settlement [139] is granted. The Court will review the proposed order. Plaintiff presented his motion for attorneys' fees, costs, and incentive award [138]. Defendant stated on the record that he has no position as to the fees. The Court takes the matter under advisement. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.